UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 14-51766 (AHWS) |
| MORIZ, LLC | : | CHAPTER 7 |
| DEBTOR(S) | : | April 1, 2015 |

**NOTICE OF TRUSTEE'S INTENT TO SELL PROPERTY AND
TO SURRENDER POSSESSION TO LANDLORD**

To All Parties in Interest:

PLEASE TAKE NOTICE that the trustee Roberta Napolitano intends to sell the following property (the "Property") to TimberRidge Associates, LLC (the "Landlord") in exchange for the sum of $3,500.00 and a waiver of the its claims against the estate to date:

| Lot Number | Description |
|---|---|
| 1 | Bistro Table, 2' x 42" |
| 2 | Bistro Table, 2' x 42" |
| 3 | (4) Stools, Chrome Base Black Vinyl Seat |
| 4 | (4) Stools, Chrome Base Black Vinyl Seat |
| 5 | Two Top Dining Table 24" x 24" |
| 6 | Two Top Dining Table 24" x 24" |
| 7 | Two Top Dining Table 24" x 24" |
| 8 | Two Top Dining Table 24" x 24" |
| 9 | Two Top Dining Table 24" x 24" |
| 10 | Two Top Dining Table 24" x 24" |
| 11 | Two Top Dining Table 24" x 24" |
| 12 | Two Top Dining Table 24" x 24" |
| 13 | Two Top Dining Table 24" x 24" |
| 14 | Two Top Dining Table 24" x 24" |
| 15 | Two Top Dining Table 24" x 24" |
| 16 | Two Top Dining Table 24" x 24" |
| 17 | Two Top Dining Table 24" x 24" |
| 18 | (10) Aluminum Dining Chairs |
| 19 | (16) Aluminum Dining Chairs |
| 20 | (4) Stools, Chrome Base Black Vinyl Seat |
| 21 | (2) York Xressnap, Napkins Dispenser |
| 22 | (7) B&W Framed Vintage Looking Restaurant Photos |
| 23 | Trash Receptacle, Double Door, Tray Return |
| 24 | Electric Hanging Open Sing |
| 25 | Electric Hanging Open Sing |
| 26 | Hoshizaki Ice Machine, No Storage Means, Air Cooled |
| 27 | SS Cup Lid Dispenser |
| 28 | Vizio 42" Flat Panel Television, Wall Mounted |

| # | Description |
|---|---|
| 29 | Condiment Caddy w/ York Napkin Dispenser |
| 30 | (2) Wooden Highchairs & (4) Plastic Lawn Chairs |
| 31 | Hamilton Beach Mix 'N Chill, Model: 94950, Type: GM52, SN: F3001L-00070 |
| 32 | Commercial Drink Mixer / Milkshake Machine, 3 Head by Hamilton Beach, Model: HMD400, SN: E3111L-00158 |
| 33 | Four Pump Topping Dispenser by Server, Model: SB-4, Series 10K11K |
| 34 | Four Pump Topping Dispenser by Server, Model: SB-4, Series 10K11K |
| 35 | Two Drawer Undercounter Freezer by True, Model: TUC-27-F-D-2, SN: 7291628 |
| 36 | Rolling Cart w/ Plastic Tub, 26"L |
| 37 | Micro POS System w/ (2) Terminals Model: Workstation 5A, (2) Thermal Receipt Printers by Epson: M244A & (3) Kitchen Ticket Printers M188B Also With CPU & Monitor In Backroom |
| 38 | Metal Shelving Unit, 4' x 14" Two Shelf |
| 39 | Multifunction Printer / Fax by Brother, Model: MFC-7360N |
| 40 | French Fry Holding Station by Hatco Glo-Ray, Model: GRFHS-21 w/ Prince Castle Merlin II Timer |
| 41 | Nemco Two Well Warmer |
| 42 | Metal Shelving Unit, 41" x 14" by Eagle |
| 43 | Excluded |
| 44 | Metal Wire Shelving Unit 24" x 30", Two Shelf |
| 45 | Forced Convection Infrared Countertop Finishing Oven by Belleco, Model: JW-1, SN: 1309-2919802 |
| 46 | Countertop Food Warmer by Nemco, Model: 6152-24 |
| 47 | Two Door Worktop Freezer by True, Model: TWT-48F, SN: 7278310 4'Lx 30.5"D |
| 48 | 40Lbs Fryer by Pitco, Model: SG14, SN: G11LA0498887 |
| 49 | 40Lbs Fryer by Pitco, Model: SG14, SN: G11KB047004 |
| 50 | 4' Vulcan Grill, Four Zone, Natural Gas |
| 51 | Refrigerated Grill Stand, Two Drawer, 4' by True |
| 52 | Sandwich Prep By True w/ Two Lower Doors, Lift Top Cover, Model: TSSU-48-18M-B, SN: 7295102 |
| 53 | Stainless Steel Prep Table 12" x 30" |
| 54 | (2) Stainless Steel Wall Shelves 4' |
| 55 | Vertical Conveyor Bun Grill Toaster by APW Wyott, Model: M-95-3, SN: 810541201001 |
| 56 | Stainless Steel Prep Table w/ Lower Shelf 48"" x 30" |
| 57 | Server Condiment Pump |
| 58 | Walk-In Freezer by Norlake, Drop In Compressor, Subfloor, No Sprinkler, 6' x 7' x 79"T, SN: 12011349 |
| 59 | Stainless Steel Prep Table w/ Lower Shelf 5' x 30" |
| 60 | Edlund Portion Scale, Model: SR-2 |
| 61 | Edlund Portion Scale, Model: SR-2 |
| 62 | Nemco Press Nemco N56500-1 Chop Easy Chopper II |
| 63 | Metal Wire Shelving Unit, Green, 60" x 24", Four Shelf by Eagle |
| 64 | (2) Dunnage Racks, Aluminum, 3' |
| 65 | Five Compartment Employee Locker |
| 66 | Louisville 6" Fiberglass Step Ladder |

| 67 | Paso Series 3000 Integrated Amplifier |
|---|---|
| 68 | Cambro Rolling Bin |
| 69 | Redi Grill Scrapper, (2) Patty Presses |
| 70 | Metal Wire Rack, Four Shelf, 5' x 24" x 6' |
| 71 | Lot Clear Plastic Food Storage Bins |
| 72 | Lot Plastic, Metal Sandwich Prep Insert (2) Stainless Steel Hotel Pans, (2) Round Warmer Inserts |
| 73 | Approx. 100+ Stainless Steel Milk Shake / Malt Cups |
| 74 | 100+ Aluminum Plates |
| 75 | (2) Plastic Bus Trays & Utensil Bin |
| 76 | Three Door Reach In Refrigerator by True, Model: T-72, SN: 7266711 |
| 77 | (2) Wall Shelves by Eagle, 5' |
| 78 | Lot Plastic Food Storage Containers & Misc. Sandwich Prep Inserts |
| 79 | Rubbermaid Mop Bucket |
| 80 | Metal Wire Shelving Unit by Eagle, 5' x 24" x 6' |
| 81 | Metal Wire Shelving Unit by Eagle, 4' x 24" x 6' |
| 82 | Server Topping Pump |
| 83 | Lot Misc. Napkin Dispenser, Paper Bags & Napkins |
| 84 | Mesa Safe w/ Key Pad Combo |
| 85 | Utensil Caddy W/ Misc. Smallwares |

The Landlord may assert a Chapter 11 administrative claim of $4,955.33 against the estate and may assert a Chapter 7 administrative claim of approximately $3,000.00. It may also assert a claim of approximately $45,000.00, but the Trustee does not believe any distribution will reach general unsecured creditors.

The trustee intends to sell the Property without representations or warranties of any kind, express or implied, including, without limitation, representations of marketability and/or fitness for any particular purpose.

The Property's value was established by the estate's auctioneer, the Hamilton Group, LLC. Inspection of the property and information regarding the property can be obtained by contacting Mike Knudsen at mike@hamilton-grp.com; The Hamilton Group, LLC, 36 Killingworth Turnpike (Route 81), Clinton, CT 06413.

The Trustee also gives notice of her intent to surrender possession of 324 Hope Street, Stamford, Connecticut (the "Premises") to TimberRidge Associates, LLC, which owns the Premises.

THIS NOTICE IS GIVEN to permit parties in interest to object to the intended sale and surrender of the estate's property. Any person objecting to such sale should file with the Clerk of the United States Bankruptcy Court at 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, not later than 4:00 p.m. on the 15th day of May, 2015, an objection to such sale. In addition, a copy of the objection should be served on the Trustee, Roberta Napolitano, 350 Fairfield Avenue, Bridgeport, Connecticut 06604, by the time and date set for filing such objection with the Clerk of the Bankruptcy Court. In the event that an objection is filed, a hearing will be held on such objection at 10:00 a.m./p.m. on the 19th day of May, 2015 at the United States Bankruptcy Court for the District of Connecticut, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604. If no objections are filed with the Clerk of the Court, and served upon the Trustee, the Trustee will proceed with the sale of the Property and

surrender of the Premises.  Any objections or higher and better offers not timely filed with the Clerk of the Court and served upon the Trustee may be deemed waived.

Dated at Bridgeport, Connecticut on April 23, 2015.

          /s/ *Roberta Napolitano*
Roberta Napolitano, Trustee ct 08378
P.O. Box 9177
Bridgeport, CT 06601  203-333-1177